**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

ROBERTO TAPIA CRUZ,

Petitioner,

v.

CHRISTOPHER BULLOCK, New Orleans Field Office Director of Immigration and Customs Enforcement, Enforcement and Removal Operations,

Respondent.

No. 2:26-cv-02950-SHL-cgc

# JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Petitioner Roberto Tapia Cruz's Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241, (ECF No. 1), filed July 29, 2026,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Granting Petition, (ECF No. 9), entered September 14, 2026, Mr. Tapia Cruz's requested habeas relief is **GRANTED**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

September 16, 2026
Date